Amber L. Guymon
LAW OFFICE OF AMBER L. GUYMON, PLLC
633 E. Ray Road, Bldg. 8, Suite 134
Gilbert, Arizona 85296
Telephone: 480-721-8772
Fax: 866-593-6928
Email: amber@guymonlawpllc.com
State Bar No. 027327
*Attorney for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In re:** | Chapter 13 Proceeding |
| **GIBSON YAW DARKO,** | Case No.: 12-02369-PL-EWH |
| Debtor. | **EMERGENCY MOTION TO REINSTATE CHAPTER 13 CASE** |

COMES NOW, Debtor, GIBSON YAW DARKO, through undersigned counsel of record, hereby files this Emergency Motion to Reinstate Case. Debtor filed his case on February 9, 2012.

Debtor's counsel received a notice from this Court that Debtors' case had been dismissed due to a failure to provide the Trustee with a Stipulated Order Confirming the Chapter 13 Plan. Debtor is prepared to submit his Stipulated Order Confirming his Chapter 13 Plan by within the next seven (7) days of this Motion.

WHEREFORE, Debtor respectfully requests that his case be reinstated immediately enabling Debtor to submit his Stipulated Order Confirming his Chapter 13 Plan.

RESPECTFULLY SUBMITTED this 17th day of March, 2014.

/s/ Amber L. Guymon #027327
Amber L. Guymon, Esq.
Attorney for the Debtor